Art Matthews, Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
310-556-9620
Cal. Bar. No. 145232

Of Counsel, Hyslip & Taylor LLC LPA
917 W. 18th Street, Suite 200
Chicago, IL  60608
312-380-6110

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| James Robinson,<br><br>          Plaintiff,<br><br>v.<br><br>Professional Recovery Services, Inc.<br><br>          Defendant. | Case No. 2:14cv1733<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to F.R.C.P. 41(a), Plaintiff voluntarily dismisses this action without prejudice.

                                        RESPECTFULLY SUBMITTED,

                                        Hyslip & Taylor, LLC


                                        By:     s/ Art Matthews
                                            One of Plaintiff's Attorneys

*Of Counsel*
Art Matthews, Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone:  310-556-9620
Cal. Bar. No. 145232

1